**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA** :
:
**v.** :
:
**MALIKTRA DERENORCOURT and** :
**PHILIPPE GADIE** :
:
**Defendants.** :

Case: 1:26-cr-000142
Assigned To: Judge Reyes, Ana C.
Assign Date: 9/17/2026
Description: SUPERSEDING INDICTMENT (B)
Related Case: 26-cr-142 (ACR)

**ORDER REGARGING GOVERNMENT'S MOTION TO FILE THE INSTANT MOTION UNDER SEAL AND TO PUBLISH REDACTED INDICTMENT**

Based on the representations in the Government's Motion to Seal and to Publish Redacted Indictment, it is hereby:

**ORDERED** that the Indictment and other pleadings, warrants, files, and records be sealed, and that entry on the public docket of the filings of the motion to seal and all related matters be delayed until the initial appearance of both defendants before this Court.

It is further **ORDERED** that, notwithstanding the above, the government may disclose the existence of the Indictment, bench warrants, as well as other records and files in this case as necessary to effectuate the defendant's arrest.

It is further **ORDERED** that this Order, and the attached Government motion to seal, shall be filed under seal by the Criminal Clerk's office until further order of this Court; and it is further **ORDERED** that the Criminal Clerk's office shall publish the redacted version of the indictment and that the government shall inform the Court as soon as practicable when sealing is no longer necessary or upon the initial appearance of the defendants.

Date: September 17, 2026

Moxila A. Upadhyaya
United States Magistrate Judge
For the District of Columbia