**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 26-CR-142 (ACR)** |
| **v.** | : | |
| | : | |
| **MALIKTRA DERENORCOURT,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**<u>JOINT STATUS REPORT</u>**

In connection with the Court's August 27, 2026 minute order, the parties provide the following Joint Status Report and Request for a Continuance and Exclusion of Time:

1. On September 17, 2026 a superseding indictment was filed in this matter. (ECF 26).
2. The Government has begun producing further discovery in connection with the superseding indictment.
3. The parties have conferred regarding next steps and are asking for a continuance so that the Government may continue to produce discovery and that the defense may review discovery.
4. The parties respectfully request that the Court set a hearing for October 15, 2026 or October 16, 2026 at 3pm or later if the Court is available.
5. The parties respectfully request that the time between September 25, 2026 and the next hearing date in this case be excluded under the Speedy Trial Act as it would serve the ends of justice in that it would allow for the production and review of discovery.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: */s/ Caelainn Carney*
Caelainn Carney
N.Y. Bar No. 5751672
Assistant United States Attorney
United States Attorney's Office for the
District of Columbia
601 D Street NW
Washington, D.C. 20530
(202) 252-2673
Caelainn.carney@usdoj.gov