**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No. 26-CR-142 (ACR)** |
| **MALIKTRA DERENORCOURT** | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF DISCOVERY**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court and defense that the attached discovery letter of September 25, 2026, was provided to the defense in this matter.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Charles Klug*
CHARLES KLUG
Assistant United States Attorney
DC Bar No: 1619775
601 D Street, N.W.
Washington, D.C. 20530
(202) 730-6872
Charles.Klug@usdoj.gov

U.S. Department of Justice

Jeanine F. Pirro
United States Attorney
*District of Columbia*

*Patrick Henry Building*
*601 D Street., N.W.*
*Washington, D.C. 20530*

September 25, 2026

***VIA EMAIL***
Sheridan@SEngland.com

**Re**: *United States v. Maliktra Derenorcourt*
Case. No. 26-CR-142 (ACR)

Dear Counsel:

Below is a list of the discovery that has been provided to you to date in the above-captioned case:

## I. Discovery

### A. July 13, 2026 – Production 1

On June 14, 2026, the following documents and discovery materials were disclosed to you via USAfx (**LINK**) in a folder labeled "U.S. v. Maliktra Derenorcourt - 26-CR-142 (ACR)":

**2026.07.13 - [REDACTED] and the Maren**




| Name | Size | Type | Modified | Attributes | Folder |
|---|---|---|---|---|---|
| 20260529_145313.jpg | 2,947 KB | JPG File | 5/29/2026 4:07 PM | A | Photos/ |
| 20260529_145315.jpg | 3,473 KB | JPG File | 5/29/2026 4:07 PM | A | Photos/ |
| 20260529_145318.jpg | 3,073 KB | JPG File | 5/29/2026 4:07 PM | A | Photos/ |
| 20260529_145706.jpg | 3,413 KB | JPG File | 5/29/2026 4:07 PM | A | Photos/ |
| 20260529_145942.jpg | 3,647 KB | JPG File | 5/29/2026 4:07 PM | A | Photos/ |
| 20260529_150025.jpg | 3,538 KB | JPG File | 5/29/2026 4:07 PM | A | Photos/ |
| 20260529_150057.jpg | 2,138 KB | JPG File | 5/29/2026 4:07 PM | A | Photos/ |
| 20260529_150105.jpg | 2,075 KB | JPG File | 5/29/2026 4:07 PM | A | Photos/ |
| 20260529_150121.jpg | 2,212 KB | JPG File | 5/29/2026 4:07 PM | A | Photos/ |
| 610_Latch Photos.pdf | 377 KB | Adobe Acrobat Doc... | 7/13/2026 3:30 PM | A | Latch Photos/ |



| | | | | | |
|---|---|---|---|---|---|
| [REDACTED] Meeting Notes [R... | 114 KB | Adobe Acrobat Doc... | 7/13/2026 3:35 PM | A | |
| Documents Provided by [REDA... | | File folder | 7/13/2026 3:32 PM | D | |
| Documents Provided by [REDA... | 2,577 KB | Adobe Acrobat Doc... | 7/13/2026 3:32 PM | A | Documents Provide... |
| Latch Photos | | File folder | 7/13/2026 3:30 PM | D | |
| MOA-WDC-08-SANGARE-Mee... | 651 KB | Adobe Acrobat Doc... | 7/13/2026 3:28 PM | A | |
| Photos | | File folder | 7/13/2026 3:20 PM | D | |
| Thumbs.db | 114 KB | Adobe Acrobat Doc... | 6/1/2026 7:21 AM | A | Photos/ |

## 2026.07.13 - 71 Potomac St SE




| Name | Size | Type | Modified | Attributes | Folder |
|---|---|---|---|---|---|
| 2026.07.13 - 71 Potomac St SE | | File folder | 7/13/2026 12:39 PM | D | |
| Attachment_t0143150_3.pdf | 316 KB | Adobe Acrobat Doc... | 6/16/2026 11:14 AM | A | 2026.07.13 - 71 Poto. |
| Attachment_t0143150__Jun122... | 129 KB | Adobe Acrobat Doc... | 6/16/2026 11:13 AM | A | 2026.07.13 - 71 Poto. |
| Attachment_t0143150_BlueMo... | 2,780 KB | Adobe Acrobat Doc... | 6/16/2026 11:08 AM | A | 2026.07.13 - 71 Poto. |
| M.Derenocourt MI Fees.pdf | 92 KB | Adobe Acrobat Doc... | 6/16/2026 11:17 AM | A | 2026.07.13 - 71 Poto. |
| M.Derenocourt Screening.pdf | 386 KB | Adobe Acrobat Doc... | 6/16/2026 11:17 AM | A | 2026.07.13 - 71 Poto. |
| M.Derenocourt_20Rental_20Ver... | 18 KB | Adobe Acrobat Doc... | 6/16/2026 11:08 AM | A | 2026.07.13 - 71 Poto. |

## 2026.07.13 - BWC




| Name | Size | Type | Modified | Attributes | Folder |
|---|---|---|---|---|---|
| FC-Transport_from_101_M_St_S... | 493 MB | MP4 Video | 6/13/2026 3:56 PM | A | |
| FC-Transport_of_Subject-10003... | 541 MB | MP4 Video | 6/13/2026 3:57 PM | A | |

## 2026.07.13 - Derenorcourt Employer - Randstad




## 2026.07.13 - Derenorcourt Phone (Partial)




## 2026.07.13 - Maliktra Derenorcourt Custodial Interview 6.5.2026




## 2026.07.13 - Records from DC DMV - Derenorcourt



**2026.07.13 - SSA SSN Verification - Derenorcourt**




| Name | Size | Type | Modified | Attributes | Folder |
|---|---|---|---|---|---|
| 2026.07.13 - SSA SSN Verificati... | | File folder | 7/13/2026 3:50 PM | D | |
| [EXT] [REDACTED]Maliktra Der... | 55 KB | Adobe Acrobat Doc... | 7/13/2026 3:48 PM | A | 2026.07.13 - SSA SS... |
| [EXT]RE_ [EXTERNAL] Maliktra ... | 74 KB | Adobe Acrobat Doc... | 7/13/2026 3:49 PM | A | 2026.07.13 - SSA SS... |

**2026.07.13 - DERENORCOURT Passport Application**




| Name | Size | Type | Modified | Attributes | Folder |
|---|---|---|---|---|---|
| 2026.07.13 - DERENORCOURT ... | | File folder | 7/13/2026 5:22 PM | D | |
| DERENORCOURT, Malktra Erika... | 1,812 KB | Adobe Acrobat Doc... | 7/13/2026 5:20 PM | A | 2026.07.13 - DEREN... |

### A. September 22, 2026 – Production 2

On September 21, 2026, the following documents and discovery materials were disclosed to you via USAfx (LINK) in a folder labeled "U.S. v. Maliktra Derenorcourt - 26-CR-142 (ACR)":

**2026.09.21 - Records from CashApp [redacted] as M[redacted]**




| Name | Size | Type | Modified | Attributes |
|---|---|---|---|---|
| 239566-for-subject-SQ_CASH-... | | File folder | 8/19/2026 9:38 AM | D |
| sender_receiver_accounts | | File folder | 8/19/2026 9:32 AM | D |
| 239566-for-subject-SQ_CASH-... | 182 KB | Microsoft Excel Wor... | 8/11/2026 5:17 PM | N |
| [EXT]Block, Inc. (formerly know... | 123 KB | Adobe Acrobat Doc... | 8/11/2026 1:54 PM | N |
| block-certification-of-records-... | 32 KB | Adobe Acrobat Doc... | 8/11/2026 5:17 PM | N |
| cash-readme.pdf | 191 KB | Adobe Acrobat Doc... | 8/11/2026 5:17 PM | O |
| cover-letter-_GJ202606111433... | 446 KB | Adobe Acrobat Doc... | 8/11/2026 5:17 PM | O |
| pull-5449d562-757f-4afc-9520... | 1,186 KB | PKZIP File | 8/14/2026 4:34 PM | N |
| pull-c8ed2124-4f0b-4cb9-a65c... | 4,870 KB | PKZIP File | 8/11/2026 1:37 PM | N |

**2026.09.21 - Records from Chime [redacted]**

› 2026.09.21 - Records from Chime_[redacted] ›

2026.09.21 - Record
2026.09.21 - Re
Chime

| Name | Size | Type | Modified | Attributes |
|---|---|---|---|---|
| Chime | | File folder | 8/28/2026 3:16 PM | D |
| (1) Response Letter.pdf | 81 KB | Adobe Acrobat Doc... | 7/21/2026 6:55 PM | N |
| (3) Declaration of Custodian.pdf | 89 KB | Adobe Acrobat Doc... | 7/21/2026 6:55 PM | N |
| chime_finplat_statements_DOC... | 546 KB | Adobe Acrobat Doc... | 7/21/2026 6:55 PM | N |
| DOC26-15685.pdf | 607 KB | Adobe Acrobat Doc... | 7/21/2026 6:55 PM | N |
| GX 10.pdf | 555 KB | Adobe Acrobat Doc... | 8/19/2026 10:41 AM | A |
| PAYPAL_statements_DOC26-15... | 233 KB | Adobe Acrobat Doc... | 7/21/2026 6:55 PM | N |
| ServePort-The Bancorp-26-156... | 4,505 KB | PKZIP File | 8/19/2026 10:37 AM | A |

As discussed, the Government is coordinating with you to obtain a hard drive to share the more voluminous portions of the Government's discovery.

If you have any questions about the information provided above, you may contact me by telephone, mail, or e-mail.

**Please view/download these items at your earliest convenience as they will be automatically deleted forty-five (45) days after the date they were uploaded pursuant to USAfx's automated retention policy.**

Sincerely,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Charles Klug*

Charles Klug
Assistant United States Attorney
DC Bar No. 1619775
601 D Street, N.W., 5.713
Washington, DC 20530
(202) 730-6872
Charles.Klug@usdoj.gov