U.S. MARSHAL-DC
RECEIVED SEP 18 '26 PM1:09

AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

11291040

United States of America
v.
Philippe Gadie
Defendant

Case: 1:26-cr-000142
Assigned To: Judge Reyes, Ana C.
Assign Date: 9/17/2026
Description: SUPERSEDING INDICTMENT (B)
Related Case: 26-cr-142 (ACR)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Philippe Gadie, who is accused of an offense or violation based on the following document filed with the court:

- ☐ Indictment
- ☑ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☐ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice
- ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 (Conspiracy to Commit Wire Fraud);
18 U.S.C. § 1343 (Wire Fraud);
18 U.S.C. § 1028A(a)(1) (Aggravated Identify Theft).

Date: 09/17/2026

M. A. Upadhyaya
*Issuing officer's signature*

City and state: Washington, D.C.

Moxila A. Upadhyaya, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/17/26, and the person was arrested on *(date)* 10/1/26 at *(city and state)* Washington DC.

Date: 10/1/26

*Arresting officer's signature*

Chris Hegarty DUSM
*Printed name and title*